UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR ALSOOFI,

    Plaintiff,

v.

UNITED STATES MERIT
SYSTEMS PROTECTION
BOARD,

    Defendants
_____/

Case No. 23-cv-10686
Hon. Matthew F. Leitman

### ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 13) AND (2) GRANTING DEFENDANT'S MOTION TO DISMISS (ECF No. 8)

In this action, Plaintiff Omar Alsoofi seeks review of a final decision of the United States Merit Systems Protection Board (the "Board"). (*See* Compl., ECF No. 1.) On March 23, 2023, the Board moved to dismiss Alsoofi's Complaint. (*See* Mot., ECF No. 8.) The motion was referred to the assigned Magistrate Judge. (*See* Order, ECF No. 9.)

On November 2, 2023, the Magistrate Judge issued a Report and Recommendation in which he recommended granting the Board's motion and dismissing Alsoofi's Complaint without prejudice (the "R&R"). (*See* R&R, ECF No. 13.) The Magistrate Judge concluded that dismissal was appropriate because (1) Alsoofi's "allegations [were] insufficient to state a claim for relief" and (2) the Board

1

was not the proper Defendant. (*Id.*, PageID.70-71.)  At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days.  (*See id.*, PageID.73-74.)

Alsoofi has not filed any objections to the R&R.  Nor has he contacted the Court seeking additional time to file objections.  The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Alsoofi has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of the Board's motion to dismiss is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Board's motion to dismiss (ECF No. 8) is **GRANTED** and Alsoofi's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 29, 2023

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 29, 2023, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126