UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR ALSOOFI,

    Plaintiff,

v.

Case No. 23-cv-10686
Hon. Matthew F. Leitman

UNITED STATES MERIT
SYSTEMS PROTECTION
BOARD,

    Defendants
_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:  s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 29, 2023
Detroit, Michigan

1